588

*John J. Coughlin,* for the appellees (plaintiffs).

*Ralph J. Lockwood,* for the appellant (defendant).

Argued May 4—decided May 4, 1971

WILLIAM C. PARROTT *v.* CHARLES T. MEACHAM

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Francis A. Smith, Jr.,* for the appellee (defendant).

*Thomas D. Clifford,* for the appellant (plaintiff).

Argued May 4—decided May 4, 1971

EDITH BLOCK *v.* MARTIN PETERSON

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*Howard R. Matzkin,* with whom was *Brian A. Barnes,* for the appellee (plaintiff).

*James P. Caulfield,* for the appellant (defendant).

Argued May 4—decided May 4, 1971

PATRICIA S. ROTELLA *v.* ANTHONY ROTELLA

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Bruce L. Lev,* for the appellee (plaintiff).

*Anthony Rotella,* pro se, the appellant (defendant).

Argued May 4—decided May 4, 1971